**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Page B. Walley
    Dept of Human Resources
    S. Gordon Persons Bldg.
    50 Ripley St.
    Montgomery, AL
    36130-4000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent
       ☐ Addressee

B. Received by (Printed Name)    AUG 0 9 2006
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

2:06 CV 626-WHA

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0006 4512 5702

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540