**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deidre M. March
   c/o Jefferson County
   Dept. of Human Resources
   1321 Fifth Ave South
   PO Box 11926
   Birmingham, AL 35202-1926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Joe R Bell    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Joe R Bell
C. Date of Delivery: AUG 10 2006 BIRMINGHAM AL 35203 USPS

2:06CV626

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5771

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tracy Curry
   c/o Jefferson County
   Dept of Human Resources
   1321 Fifth Ave South
   PO Box 11926
   Birmingham AL 35202-1926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Joe R Bell    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Joe R Bell
C. Date of Delivery: AUG 10 2006 BIRMINGHAM AL 35203 USPS

2:06CV626

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5634

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jason Bonas Atty at Law
   Suite 407
   215 North Richard Arrington Jr Blvd
   Birmingham, AL 35203

   2:06CV626-A

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X M. Gentry    ☐ Agent  ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5726

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540