**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kim Maskego
c/o Jefferson County
Dept. of Human Resources
1321 Fifth Ave South
PO Box 11926
Birmingham, AL 35202-1926

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5795

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X Dorothy Nathan  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 9/10
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:06 cv 626 A

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Terry Beasley
c/o Jefferson County
Dept of Human Resources
1321 Fifth Ave South
PO Box 11926
Birmingham AL 35202-1926

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5610

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X Dorothy Nathan  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 9/10
D. Is delivery address different from item 1? ☐ Yes  ☐ No

2:06 cv 626-A

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sandi Gregory
c/o Jefferson County
Dept of Human Resources
1321 Fifth Ave South
PO Box 11926
Birmingham, AL 35202-1926

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5580

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X Dorothy Nathan  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 9/10
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:06 cv 626-A

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Anita Scott Smith
   c/o Jefferson County
   Dept of Human Resources
   1321 Fifth Ave South
   PO Box 11926
   Birmingham, AL 35202-1926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Dorothy Nathan*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9-8

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:06CV626

3. Service Type:
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5788

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Karen Bazinet
   c/o Jefferson County
   Dept of Human Resources
   1321 Fifth Ave South
   P.O. Box 11926
   Birmingham, AL 35202-1926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Dorothy Nathan*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8-10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:06CV626A

3. Service Type:
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5573

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tenesha Felton
   c/o Jefferson County
   Dept of Human Resources
   1321 Fifth Ave South
   P.O. Box 11926
   Birmingham, AL 35202-1926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Dorothy Nathan*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8-10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:06CV626A

3. Service Type:
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5566

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sandra L. Johnson
c/o Jefferson County
Dept of Human Resources
1321 Fifth Ave South
P.O. Box 11926
Birmingham, AL 35202-1926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dorothy Nathan
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8-10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV626A

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5627

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Angela Tanveer
c/o Jefferson County
Dept of Human Resources
1321 Fifth Ave South
PO Box 11926
Birmingham, AL 35202-1926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dorothy Nathan
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8-10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV626A

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5597

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lisa Brown
c/o Jefferson County
Dept of Human Resources
1321 Fifth Ave South
P.O. Box 11926
Birmingham, AL 35202-1926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dorothy Nathan
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8-10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV626A

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 4512 5535

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dorothy Nathan_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  8/10<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Trish Muscolino<br>c/o Jefferson County<br>Dept of Human Resources<br>1321 Fifth Ave South<br>P.O. Box 11926<br>Birmingham, AL 35202-1926 | 2:06CV626A<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0006 4512 5603 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540