AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Patricia Garner-Russo
Kole P. Mangina ET.AL
         v.
State of Alabama
Dept. of Human Resources
Sandi Gregory ET.AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 CV 626-A

TO: (Name and address of Defendant)

SANDI GREGORY

Jefferson County
Dept. of Human Resources
1321 Fifth Ave. South
Birmingham, AL 35202-1926

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia Garner-Russo
710 Augusta Farms Rd.
Waynesboro, VA 22980

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                            8/8/06

CLERK                                                        DATE

(By) DEPUTY CLERK