IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GARNER-RUSSO, | * |
| Plaintiff, | * |
| vs. | * |
| | * Case No. 2:06-cv-00626 WHA-DRB |
| STATE OF ALABAMA, et al., | * |
| Defendants. | * |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES NOW, Defendant, Jason Bonar, by and through his counsel F. Chadwick Morriss, and requests that the Court grant an extension of time in which to answer plaintiff's complaint as follows:

1. Defendant Jason Bonar was served with a complaint in the above matter on August 10, 2006;

2. Counsel for Defendant received notification of representation on August 28, 2006;

3. Defendant's answer is due on August 30, 2006;

4. Counsel for Defendant has not had sufficient time to review the complaint and other related materials in order to prepare a response for Defendant;

WHEREFORE, Counsel for Defendant Jason Bonar respectfully requests a two week extension to prepare a response to plaintiff's complaint with said response to be due on September 12, 2006.

Respectfully submitted,

s/F. Chadwick Morriss
F. Chadwick Morriss
R. Brett Garrett
Attorneys for Defendant Jason Bonar

F. Chadwick Morriss (ASB-8504-S75F)
R. Brett Garrett (ASB-3581-C64G)
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
Telephone: (334) 206-3100
Facsimile: (334) 481-0822
Email: FCM@rsjg.com (Morriss)
Email: BG@rsjg.com (Garrett)

## CERTIFICATE OF SERVICE

I hereby certify that on **August 29, 2006**, that I have served a copy of the foregoing on the following parties to this lawsuit by electronic mail or by first class mail, properly addressed and postage prepaid:

**Patricia Garner-Russo**
710 Augusta Farms Road
Waynesboro, VA  22980

**Page Walley**
Department of Human Resources
Gordon Persons Building
50 Ripley Street
Montgomery, AL  36130

**Deirdre M. March**
c/o Jefferson County Department
of Human Resources
1321 Fifth Avenue South
P. O. Box 11926
Birmingham, AL  35202-1926

**Anita Scott Smith**
c/o Jefferson County Department
of Human Resources
1321 Fifth Avenue South
P. O. Box 11926
Birmingham, AL  35202-1926

**Tenesha Felton**
c/o Jefferson County Department
of Human Resources
1321 Fifth Avenue South
P. O. Box 11926
Birmingham, AL  35202-1926

**Kim Mashego**
c/o Jefferson County Department
of Human Resources
1321 Fifth Avenue South
P. O. Box 11926
Birmingham, AL  35202-1926

**Terry Beasley**
c/o Jefferson County Department
of Human Resources
1321 Fifth Avenue South
P. O. Box 11926
Birmingham, AL  35202-1926

**Sandi Gregory**
c/o Jefferson County Department
of Human Resources
1321 Fifth Avenue South
P. O. Box 11926
Birmingham, AL  35202-1926

**Trish Muscolino**
c/o Jefferson County Department
of Human Resources
1321 Fifth Avenue South
P. O. Box 11926
Birmingham, AL  35202-1926

**Angela Tanveer**
c/o Jefferson County Department
of Human Resources
1321 Fifth Avenue South
P. O. Box 11926
Birmingham, AL  35202-1926

**Karen Bazinet**
c/o Jefferson County Department
of Human Resources
1321 Fifth Avenue South
P. O. Box 11926
Birmingham, AL 35202-1926

**Tracey Curry**
c/o Jefferson County Department
of Human Resources
1321 Fifth Avenue South
P. O. Box 11926
Birmingham, AL 35202-1926

Respectfully submitted,

s/F. Chadwick Morriss
F. Chadwick Morriss
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: FCM@rsjg.com
ASB-8504-S75F