IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GARNER-RUSSO, | ) |
| Plaintiff, | ) |
| vs. | ) 2:06-CV-626-WHA-DRB |
| STATE OF ALABAMA, et al., | ) |
| Defendants | ) |

## ORDER ON MOTION

After consideration of *Defendant's Motion for Extension of Time* (Doc. 12) filed on August 29, 2006 by Defendant Jason Bonar, and for good cause, it is hereby

**ORDERED** that the *Motion* (Doc. 12) is **GRANTED** and Defendant Bonar's deadline for filing an answer or other responsive pleading is extended to September 12, 2006.

Done this 30th day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE