**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 8, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Patricia Garner-Russo vs. State of Alabama, et al
Case Number: 2:06cv626-WHA

**Pleading :** **#15 Answer**
            **#16 Answer**
            **#17 Answer**
            **#18 Motion to Dismiss**
            **#19 Motion to Dismiss**
            **#20 Motion to Dismiss**

**Notice of Correction is being filed this date to advise that the Answers (doc# 16 and 17) and the Motions to Dismiss (doc# 19 and 20) were e-filed on 8/30/2006 as duplicates filings to Department of Health and Human Resources' Answer (doc. 15) and Motion to Dismiss (doc. 18).  These pleadings (doc# 16, 17, 19, and 20) are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket.**

**In addition to  striking the pleadings, a corrected Answer (doc. #15) and Motion to Dismiss (doc. #18) is attached to this notice.  The original Answer and Motion to Dismiss  failed include defendants Page Walley, and Kim Mashego as filers to these pleadings.**