IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PATRICIA GARNER-RUSSO,** et al. } } } | |
| **Plaintiff,** } } | |
| v. } } | **CASE NO. 2:06 CV-06-626-A** |
| **STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES, DR. PAGE WALLEY, et al.** } } } } | |
| **Defendant.** } | |

## NOTICE OF APPEARANCE

COME NOW Michael C. Joiner, Assistant Attorney General, Alabama Department of Human Resources, and files his Notice of Appearance on behalf of Defendants, State of Alabama, Department of Health and Human Resources (sic), Dr. Page Walley, Trish Muscolino, Kim Mashego, Deidre March, Anita Scott-Smith, Tamesha Felton, Terry Beasley, Angela Tanveer, Karen Bazinette, Tracy Curry, and Sandy Johnson, employees of the Alabama Department of Human Resources. Any and all notices, pleadings, or correspondence pertaining to the named Defendants should be submitted to undersigned counsel at the address indicated below.

RESPECTFULLY SUBMITTED this 6th day of September 2006.

TROY KING, KIN047
ATTORNEY GENERAL

SHARON E. FICQUETTE, FIC001
ASSISTANTATTORNEY GENERAL


/s/ Michael C. Joiner
MICHAEL C. JOINER – JOI003
Assistant Attorney General

State of Alabama
Department of Human Resources
P. O. Box 304000
Montgomery, Alabama  36130-4000
Telephone:  (334) 242-9330
Fax:(334) 242-0689

ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have served a copy of the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME** upon the following by placing a copy thereof, addressed to him as indicated below, in U.S. Mail, first class postage prepaid, on this the 6t**h** day of September 2006.

Patricia Garner-Russo
710 Augusta Farm Road
Waynesboro, VA  22980

        \s\ *Michael C. Joiner*
        MICHAEL C. JOINER – JOI003
        Assistant Attorney General

        State of Alabama
        Department of Human Resources
        P. O. Box 304000
        Montgomery, Alabama  36130-4000
        Telephone:  (334) 242-9330
        Fax:     (334) 242-0689
        ATTORNEY FOR THE DEFENDANTS