IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GARNER-RUSSO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 2:06cv626-WHA |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #23) and the Supplemental Recommendation of the Magistrate Judge (Doc. #25), the court adopts the Recommendation and Supplemental Recommendation, and it is hereby ORDERED as follows:

1. All pending Motions to Dismiss are GRANTED, and the claims against the moving Defendants are DISMISSED with prejudice.

2. This entire action is DISMISSED with prejudice against all named Defendants, including those for whom service has not been perfected.

3. Final Judgment will be entered accordingly.

DONE this 28th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE